No. 741. WRIGHT *v.* RAGEN, WARDEN. March 4, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 742. FEELEY *v.* RAGEN, WARDEN. March 4, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 710. ANDREWS *v.* ATKINSON, JUDGE. March 4, 1946. Petition for writ of certiorari to the Supreme Court of Georgia denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. 350. Petitioner *pro se. Eugene Cook,* Attorney General of Georgia, for respondent.

No. 763. CARRUTHERS *v.* UNITED STATES. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Walter Bachrach* and *Walter H. Moses* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 772. BICANIC ET AL. *v.* J. C. CAMPBELL Co.; and No. 773. CZUPIY ET AL. *v.* NORTH STAR TIMBER Co. March 11, 1946. Petition for writs of certiorari to the Supreme Court of Minnesota denied. *Lee Pressman* and *Frank J. Donner* for petitioners. *Thomas M. McCabe* and *Arthur M. Clure* for respondents.